HAMILTON & Co., for use, *v.* PHENIX INSURANCE Co.

LITTLE, J.  1. If an original application for a writ of certiorari be for any reason void, an attempted renewal thereof within six months must be held to be ineffectual. *Williamson* v. *Wardlaw,* 46 *Ga.* 126 ; *McClendon* v. *Hernando Co.,* 100 *Ga.* 219.
2. The certiorari originally sued out, of which it is claimed the present is a renewal, has been judicially declared absolutely void. *Hamilton* v. *Phenix Ins. Co.,* 107 *Ga.* 728. Being void, it could not be renewed, and not having been presented for sanction within thirty days of the rendition of the verdict which it seeks to review, the motion to dismiss should have been granted.          *Judgment reversed. All the Justices concurring.*

| 111a | 875 |
|------|-----|
| f 112 | 152 |

| 111 | 875 |
|------|-----|
| Case 1 |
| 115 | 690 |
| 111 | 875 |
| Case 1 |
| 119 | 784 |
| 111 | 875 |
| Case 1 |
| 126 | 89 |

Argued July 25, — Decided August 9, 1900.

Certiorari. Before Judge Harris. Carroll superior court. October term, 1899.

*J. T. Pendleton* and *S. Holderness,* for plaintiffs.
*John C. Reed* and *Oscar Reese,* for defendant.